IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CATHERINE CONTRERAS-BELTRAN, #57313-177, | § § § § § § § § § § § | |
| Movant, | | |
| V. | | Civil No. 3:22-CV-976-N-BK (Criminal No. 3:16-CR-326-N-5) |
| UNITED STATES OF AMERICA, | | |
| Respondent. | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The District Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED this 16TH day of September, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE